ANASTASIA P. BODEN, No. 281911
Email: ABoden@pacificlegal.org
JOSHUA P. THOMPSON, No. 250955
Email: JThompson@pacificlegal.org
DANIEL M. ORTNER, No. 329866
Email: DOrtner@pacificlegal.org
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL CENTER FOR PUBLIC POLICY RESEARCH,<br><br>Plaintiff,<br><br>v.<br><br>SHIRLEY N. WEBER, in her official capacity as Secretary of State of the State of California,<br><br>Defendant. | No. 2:21-cv-02168 |

**NOTICE OF RELATED CASES**

Pursuant to Local Rule 123, Plaintiff notes that this case is related to the cases of *Meland v. Weber,* No. 2:19-cv-02288, and *Alliance for Fair Board Recruitment v. Weber*, No. 2:21-cv-05644, which are both in this Court before Judge John A. Mendez. All three cases involve similar questions of law concerning the validity of California's diversity quotas, SB 826 and AB 979.

*Notice of Related Cases*

1  DATED: December 6, 2021.

2                                              Respectfully submitted,

4                                              By: s/ANASTASIA P. BODEN
                                                    ANASTASIA P. BODEN

6  ANASTASIA P. BODEN
   JOSHUA P. THOMPSON
   DANIEL M. ORTNER
   Pacific Legal Foundation
   555 Capitol Mall, Suite 1290
   Sacramento, California 95814
   Telephone: (916) 419-7111
   Facsimile: (916) 419-7747
   ABoden@pacificlegal.org
   JThompson@pacificlegal.org
   DOrtner@pacificlegal.org

   *Attorneys for Plaintiff National Center for Public Policy Research*

*Notice of Related Cases*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2021, I electronically filed the foregoing document with the Clerk of the Court via the CM/ECF system, which will cause a copy to be served upon counsel of record.

*/s/ Anastasia P. Boden*
ANASTASIA P. BODEN