ANASTASIA P. BODEN, No. 281911
Email: ABoden@pacificlegal.org
JOSHUA P. THOMPSON, No. 250955
Email: JThompson@pacificlegal.org
DANIEL M. ORTNER, No. 329866
Email: DOrtner@pacificlegal.org
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL CENTER FOR PUBLIC POLICY RESEARCH,<br><br>Plaintiff,<br><br>v.<br><br>SHIRLEY N. WEBER, in her official capacity as Secretary of State of the State of California,<br><br>Defendant. | No. 2:21-cv-02168-JAM-AC<br><br>**STIPULATION RE EXTENSION OF TIME FOR FILING PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO STAY THE PROCEEDINGS** |

Plaintiff National Center for Public Policy Research and Defendant Shirley N. Weber (Secretary), in her official capacity as Secretary of State of the State of California through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on March 7, 2022, the Secretary filed her motion to stay this case, ECF No. 19;

WHEREAS, a new version of Local Rule 230 went into effect on March 1, 2022, which changed the time for opposition briefs from 14 days before a hearing to 14 days after the filing of the motion;

WHEREAS, the meet and confer for this motion happened on February 24, 2022, before the court ordered the adoption of the new rule on February 28, 2022;

WHEREAS, the calendaring software that Plaintiff's counsel uses had not been updated to reflect this very recent change;

WHEREAS, Plaintiff is also currently briefing its opposition to Defendant's Motion to Dismiss in this case and that motion follows the briefing schedule that predates the adoption of the new Local Rule 230;

WHEREAS, the hearing date for the pending motion to stay and motion to dismiss is scheduled for April 19, 2022 at 1:30 p.m;

WHEREAS, the parties have agreed that Plaintiff will file an opposition brief by Friday March 25, 2022, and the Secretary's deadline for her reply brief will be April 4, 2022;

WHEREAS, the parties have agreed that these changes will have no bearing on the briefing schedule for the pending motion to dismiss wherein Plaintiff's opposition is due Tuesday, April 5, and the Secretary's reply is due on Tuesday, April 12, 2022.

THEREFORE, it is hereby stipulated that:

1. Plaintiff's opposition to the Secretary's motion for a stay is due on Friday, March 25, 2022.

2. The Secretary's reply brief in support of her motion for a stay is due on Monday, April 4, 2022.

DATED: March 23, 2022.

By: /s Anastasia P. Boden
ANASTASIA P. BODEN
JOSHUA P. THOMPSON
DANIEL M. ORTNER
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
ABoden@pacificlegal.org
JThompson@pacificlegal.org
DOrtner@pacificlegal.org

*Attorneys for Plaintiff National Center for Public Policy Research*

DATED: March 23, 2022.

ROB BONTA
Attorney General of California
LAURA L. FAER
VILMA PALMA-SOLANA
Supervising Deputy Attorneys General

By:/s Lisa Cisneros (as authorized)
LISA CISNEROS

Deputy Attorney General
*Attorney for Office of Secretary of State*

Stipulation and Order
No. 2:21-cv-02168-JAM-AC    3

HAVING CONSIDERED THE STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING, **IT IS SO ORDERED**.

DATED: March 23, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE