1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  MICHAEL L. NEWMAN, State Bar No. 222993
   Senior Assistant Attorney General
3  LAURA L. FAER, State Bar No. 233846
   VILMA PALMA-SOLANA, State Bar No. 267992
4  Supervising Deputy Attorneys General
   LISA CISNEROS, State Bar No. 251473
5  DELBERT K. TRAN, State Bar No. 323993
   SOPHIA CARRILLO, State Bar No. 326428
6  Deputy Attorneys General
    455 Golden Gate Ave., Suite 11000
7   San Francisco, CA 94102-7004
    Telephone: (415) 510-4400
8   E-mail: Delbert.Tran@doj.ca.gov
   *Attorneys for Defendant California Secretary of*
9  *State Shirley N. Weber*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **NATIONAL CENTER FOR PUBLIC POLICY RESEARCH,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**SHIRLEY N. WEBER, in her official capacity as Secretary of State of the State of California,**<br><br>　　　　　　　　　　　　Defendant. | Case No. 2:21-CV-02168 JAM-AC<br><br>**DEPUTY ATTORNEY GENERAL DELBERT K. TRAN'S REQUEST TO APPEAR TELEPHONICALLY FOR APRIL 19, 2022 HEARING ON DEFENDANT'S MOTION TO DISMISS AND DEFENDANT'S MOTIONS TO STAY PROCEEDINGS**<br><br>Date:　　　April 19, 2022<br>Time:　　　1:30 p.m.<br>Dept:　　　6<br>Judge:　　　The Honorable John A. Mendez<br>Trial Date:　TBD<br>Action Filed: November 22, 2021 |

Deputy Attorney General Delbert K. Tran, as counsel for Defendant Secretary of State Dr. Shirley N. Weber, requests the Court's permission to appear by telephone at the April 19, 2022 hearing on the motion to dismiss in *National Center for Public Policy Research v. Weber*, 21-cv-02168, and the motions to stay proceedings in *Alliance v. Weber*, 21-cv-01951-JAM-AC; *National Center for Public Policy Research v. Weber*, 21-cv-02168; and *Meland v. Weber*, 19-cv-02288-JAM-AC. Counsel had planned to attend the hearing in person, but was informed this morning of potential COVID-19 exposure while attending a small, indoors event on Saturday, April 16, 2022. Due to health and safety precautions, Deputy Attorney General Delbert K. Tran requests permission to appear by telephone at the April 19, 2022 hearing for the matters described above.

Dated: April 18, 2022  Respectfully submitted,

*/s/Delbert K. Tran*
DELBERT K. TRAN
Deputy Attorney General
*Attorney for Defendant California Secretary of State*

LA2021604822/43182871.docx

# CERTIFICATE OF SERVICE

Case Name:  <u>*NCPPR v. Shirley N. Weber*</u>     Case No.  <u>**2:21-CV-02168 JAM-AC**</u>

I hereby certify that on <u>April 18, 2022</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEPUTY ATTORNEY GENERAL DELBERT K. TRAN'S REQUEST TO APPEAR TELEPHONICALLY FOR APRIL 19, 2022 HEARING ON DEFENDANT'S MOTION TO DISMISS AND DEFENDANT'S MOTIONS TO STAY PROCEEDINGS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>April 18, 2022</u>, at San Francisco, California.

|  |  |
|---|---|
| G. Pang | *(signature)* |
| Declarant | Signature |

LA2021604822/43182878.docx