UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| NATIONAL CENTER FOR PUBLIC POLICY RESEARCH, | No. 2:21-cv-02168-JAM-AC |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER OF DISMISSAL AND ENTRY OF FINAL JUDGMENT** |
| v. | |
| SHIRLEY N. WEBER, in her official capacity as Secretary of State of the State of California, | |
| Defendant. | |

Plaintiff National Center for Public Policy Research has filed a request for voluntary dismissal with prejudice of its challenge to California Assembly Bill 979 and an entry of judgment against its claim challenging California Senate Bill 826. Having considered Plaintiff's request, IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that:

1) Plaintiff's claims against AB 979 are dismissed with prejudice.
2) Plaintiff fails to state a claim against SB 826 under Fed. Rule Civ. P. 12(b)(6) because a facial challenge cannot be brought against SB 826 for the reasons expressed when granting Defendant's motion to dismiss at the hearing held on April 19, 2022.
3) Judgment is entered in favor of the Defendant.
4) The parties shall bear their own costs.
5) This judgment is final pursuant to Federal Rule of Civil Procedure Rule 58(b).

**IT IS SO ORDERED**

DATED: May ____, 2022.

_____
THE HONORABLE JOHN A. MENDEZ

*[Proposed] Order of Dismissal and Final Judgment*
1