ANASTASIA P. BODEN, No. 281911
Email: ABoden@pacificlegal.org
JOSHUA P. THOMPSON, No. 250955
Email: JThompson@pacificlegal.org
DANIEL M. ORTNER, No. 329866
Email: DOrtner@pacificlegal.org
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| NATIONAL CENTER FOR PUBLIC POLICY RESEARCH, | No. 2:21-cv-02168-JAM-AC |
|---|---|
| Plaintiff, | **REQUEST FOR WITHDRAWAL OF PROPOSED ORDER OF DISMISSAL AND AN ENTRY OF JUDGMENT (ECF NO. 35)** |
| v. | |
| SHIRLEY N. WEBER, in her official capacity as Secretary of State of the State of California, | |
| Defendant. | |

Plaintiff National Center for Public Policy Research respectfully moves to withdraw their [Proposed] Order of Dismissal and Entry of Final Judgment. (ECF No. 35).

WHEREFORE, Plaintiffs request that their [Proposed] Order of Dismissal and Entry of Final Judgment (ECF No. 35) be withdrawn.

*Request for Withdrawal of Proposed Order of Dismissal and An Entry of Judgment (ECF No. 35)*
1

DATED: May 24, 2022.

Respectfully submitted,

By: /s/ANASTASIA P. BODEN
ANASTASIA P. BODEN

JOSHUA P. THOMPSON
DANIEL M. ORTNER
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
ABoden@pacificlegal.org
JThompson@pacificlegal.org
DOrtner@pacificlegal.org

*Attorneys for Plaintiff National Center for Public Policy Research*