# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF Eastern District of California

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: **2:21-cv-02168**

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: **11/22/2021**

Date of judgment or order you are appealing: **5/26/2022**

Docket entry number of judgment or order you are appealing: **30, 38**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
◉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

NATIONAL CENTER FOR PUBLIC POLICY RESEARCH

Is this a cross-appeal?  ○ Yes   ◉ No
If yes, what is the first appeal case number?
Was there a previous appeal in this case?  ○ Yes   ◉ No
If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:     State:     Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s Anastasia P. Boden     **Date** 5/26/2022

*Complete and file with the attached representation statement in the U.S. District Court*
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**                                                                 *Rev. 12/01/2021*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> NATIONAL CENTER FOR PUBLIC POLICY RESEARCH

Name(s) of counsel (if any):

> ANASTASIA P. BODEN
> JOSHUA P. THOMPSON
> DANIEL M. ORTNER

Address: 555 Capitol Mall, Suite 1290, Sacramento, California 95814

Telephone number(s): (916) 419-7111

Email(s): ABoden@pacificlegal.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ◯ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> SHIRLEY N. WEBER, in her official capacity as Secretary of State of the State of California

Name(s) of counsel (if any):

> ROB BONTA, MICHAEL L.NEWMAN, LAURA L.FAER, VILMA PALMA-SOLANA, LISA CISNEROS, DELBERT TRAN, SOPHIA CARRILLO

Address: 455 Golden Gate Ave., Suite 11000, San Francisco, CA 94102-7004

Telephone number(s): (415) 510-3438

Email(s): Lisa.Cisneros@doj.ca.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                      2                              *New 12/01/2018*