**PACIFIC LEGAL FOUNDATION**

June 27, 2022

United States District Court
Eastern District of California
Attn: Clerk of the Court

      Re:    E.D. Cal. Case No. 2:21-cv-02168
              Ninth Circuit Court of Appeals Case No. 22-15822

Dear Clerk:

I am writing to inform you that a transcript order form will not be submitted as a transcript of the April 19, 2022 hearing on Defendant's motion to dismiss is already on file with the clerk's office.

                                          Respectfully,

                                          DANIEL M. ORTNER
                                          Attorney

555 Capitol Mall, Suite 1290 • Sacramento, CA 95814 • plf@pacificlegal.org • 916.419.7111 • *pacificlegal.org*