1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  MICHAEL L. NEWMAN, State Bar No. 222993
   Senior Assistant Attorney General
3  LAURA FAER, State Bar No. 233846
   Supervising Deputy Attorney General
4  SOPHIA A. CARRILLO, State Bar No. 326428
   Deputy Attorney General
5    1300 I Street, Suite 125
     P.O. Box 944255
6    Sacramento, CA 94244-2550
     Telephone: (916) 210-6380
7    Fax: (916) 327-2319
     E-mail: Sophia.Carrillo@doj.ca.gov
8  *Attorneys for Defendant Shirley N. Weber, in her
   official capacity as Secretary of State of the State of
9  California*

*Exempt from filing fees under Government Code § 6103*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **NATIONAL CENTER FOR PUBLIC POLICY RESEARCH,**<br><br>Plaintiff,<br><br>v.<br><br>**SHIRLEY N. WEBER, in her official capacity as Secretary of State of the State of California,**<br><br>Defendant. | 2:21-CV-02168<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

1

1  **PLEASE TAKE NOTICE** that attorney Sophia Carrillo withdraws her appearance as counsel for Shirley N. Weber, in her official capacity as Secretary of State of the State of California. The Secretary will continue to be represented by Laura Faer and Delbert Tran who have entered appearances in this case.

Dated: July 17, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
LAURA FAER
Supervising Deputy Attorney General

/s/ *Sophia Carrillo*
SOPHIA A. CARRILLO
Deputy Attorney General
*Attorneys for Defendant Shirley N. Weber, in her official capacity as Secretary of State of the State of California*

37343946.docx
LA2021604822

Notice of Withdrawal of Counsel (2:21-cv-02168)

# CERTIFICATE OF SERVICE

Case Name:   **NCPPR v. Shirley N. Weber**          No.   **2:21-CV-02168 JAM-AC**

I hereby certify that on July 17, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF WITHDRAWAL OF COUNSEL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on July 17, 2023, at Sacramento, California.

|  |  |
|---|---|
| Amber Gray | */s/ Amber Gray* |
| Declarant | Signature |

LA2021604822
37344032.docx